IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MARCAVAGE, et al.,    )
                              )
            Plaintiffs,       )
                              )
    v.                        )    No. 06 C 3858
                              )
CITY OF CHICAGO, et al.,      )
                              )
            Defendants.       )

## MEMORANDUM OPINION AND ORDER

Prevailing codefendant Metropolitan Pier and Exposition Authority ("Authority") has filed a bill of costs in the sum of $11,214.93, and the losing plaintiffs have filed partial objections to the inclusion of charges relating to deposition transcripts aggregating $1,145.43. Authority has now filed its response to those objections, demonstrating that although the three witnesses whose depositions are at issue were not directly involved in the events at Navy Pier, their testimony (and hence the deposition costs) fit within the "reasonably necessary" standard of the statute governing costs.

Accordingly plaintiffs' objections to the bill of costs are rejected. Costs are awarded in the requested sum of $11,214.93.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 25, 2010